UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SANDRA WRIGHT,

                  Plaintiff,        22-cv-2570 (JGK)

      - against -              ORDER

DEPARTMENT STORES NATIONAL BANK,
                  Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by April 22, 2022.

SO ORDERED.
Dated:    New York, New York
          April 7, 2022

                                          John G. Koeltl
                                  United States District Judge