UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SANDRA WRIGHT,

                            Plaintiff,              22-cv-2570 (JGK)

              - against -                           ORDER

EXPERIAN INFORMATION SOLUTIONS,
INC.,
                            Defendant.

---

JOHN G. KOELTL, District Judge:

    The conference scheduled for June 16, 2022 is canceled.

SO ORDERED.
Dated:    New York, New York
          June 13, 2022

                                        John G. Koeltl
                                  United States District Judge